IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DAREN MILLER,<br><br>    Plaintiff. | No. C 12-02492 CW (PR)<br><br>ORDER DIRECTING CLERK TO ADMINISTRATIVELY CLOSE CASE |

    This action was opened on May 16, 2012, when a letter sent by Plaintiff to Judge Thelton Henderson was construed as an attempt by Plaintiff to file a civil rights action under 42 U.S.C. § 1983.

    On the same day the action was opened, the Clerk of the Court sent a notice to Plaintiff, informing him that he must file his claims on a civil rights complaint form. The Clerk also sent Plaintiff a notice informing him that his case could not go forward until he paid the filing fee or filed a completed prisoner's <u>in forma pauperis</u> (IFP) application.

    On May 24, 2012, Plaintiff sent a second letter to the Court, in which he states that it is not his intent to file a civil rights action, and asks the Court to close this action and forward his letter to Judge Henderson's chambers.

    Good cause appearing, the Clerk shall ADMINISTRATIVELY CLOSE this case and electronically forward a copy of the court file to Judge Henderson.

    Because this case was opened in error, no filing fee is due.

    IT IS SO ORDERED.

Dated:

                                                      CLAUDIA WILKEN<br>
                                                      UNITED STATES DISTRICT JUDGE